No. 11M87.  KAETZ *v.* KAETZ; and

No. 11M88.  JENNINGS *v.* UNITED STATES.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11M89.  KIRSCH *v.* O'NEIL ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 11M90.  ARIAS *v.* UNITED STATES.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 11–798.  AMERICAN TRUCKING ASSNS., INC. *v.* CITY OF LOS ANGELES, CALIFORNIA, ET AL.  C. A. 9th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 11–8363.  IN RE EVANS;

No. 11–8384.  PETERSON *v.* SEAMAN.  C. A. 11th Cir.;

No. 11–8406.  BIRDETTE *v.* GEORGIA DEPARTMENT OF TRANSPORTATION.  C. A. 11th Cir.;

No. 11–8501.  JUNFENG HAN ET AL. *v.* JIANONG GUO ET AL. Ct. App. Cal., 2d App. Dist.;

No. 11–8505.  FISHER *v.* VIZIONCORE, INC., ET AL.  C. A. 7th Cir.; and

No. 11–8521.  AREF *v.* HICKMAN ET AL.  C. A. 9th Cir.  Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 16, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–9063.  IN RE PATTERSON.  Petition for writ of habeas corpus denied.

No. 11–884.  IN RE DEL RIO;

No. 11–894.  IN RE LONDON;

No. 11–920.  IN RE CATHCART ET AL.;

No. 11–8379.  IN RE BRADIN; and

No. 11–8394.  IN RE WARD.  Petitions for writs of mandamus denied.